**Daniel Snyder, OSB No. 78385**
dansnyder@lawofficeofdanielsnyder.com
**Carl Post, OSB No. 06105**
carlpost@lawofficeofdanielsnyder.com
**John Burgess, OSB No. 106498**
johnburgess@lawofficeofdanielsnyder.com
**LAW OFFICES OF DANIEL SNYDER**
1000 S.W. Broadway, Suite 2400
Portland, Oregon 97205
Telephone: (503) 241-3617
Facsimile: (503) 241-2249

Of Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| SHAWNA BRADSHAW, | Case No. 6:18-cv-01791-AA |
| Plaintiff, | **STIPULATED SUPPLEMENTAL JUDGMENT** |
| vs. | |
| STATE OF OREGON, | |
| Defendant. | |

Plaintiff accepted Defendant's Offer of Judgment in the amount of $52,001.00, plus costs and attorneys' fees. The parties have resolved the amount of attorney fees and costs and stipulate that a supplemental judgment be entered awarding Plaintiff $10,620.00 in attorney fees and $876.00 in costs.

PAGE 1 – **STIPULATED SUPPLEMENTAL JUDGMENT**

Based on the stipulation of the parties, the Judgment entered on October 30, 2018 is supplemented as follows:

Plaintiff Shawna Bradshaw shall have a supplemental judgment against Defendant State of Oregon for attorney fees in the amount of $10,620.00 and costs in the amount of $876.00

Dated this 27 day of November 2018.

_____
Honorable Ann L. Aiken
United States District Judge

IT IS SO STIPULATED:

Dated: November 26, 2018

**Law Offices of Daniel Snyder**

s/ Carl Post
Daniel Snyder, OSB No. 783856
dansnyder@lawofficeofdanielsnyder.com
Carl Post, OSB No. 061058
carlpost@lawofficeofdanielsnyder.com
John David Burgess, OSB No. 106498
johnburgess@lawofficeofdanielsnyder.com
Tel: (503) 241-3617 / Fax: (503) 241-2249
Of Attorneys for Plaintiff

Dated: November 26, 2018

**DEPARTMENT OF JUSTICE – TRIAL DIVISION**

s/ Heather Van Meter
Heather Van Meter, OSB No. 983625
heather.j.vanmeter@doj.state.or.us
Tel: (503) 947-4700 / Fax: (503) 947-4791
Of Attorneys for Defendant

PAGE 2 – **STIPULATED SUPPLEMENTAL JUDGMENT**

**Law Offices of Daniel Snyder**
Attorneys At Law
1000 S.W. Broadway, Suite 2400
Portland, Oregon 97205
(503) 241-3617 | Fax (503) 241-2249